## GIMÉNEZ ET AL *v.* LA CORTE DE DISTRITO.

SOLICITUD para que se expida un auto de *mandamus*.

No. 7. Resuelto en Septiembre 1, 1905.

MANDAMUS.—*El* auto de *mandamus* es un recurso altamente privilegiado que no puede ejercitarse cuando las partes interesadas puedan gestionar en otra forma lo que estimen conducente á su derecho.

Abogado del peticionario: *Sr. Díaz Navarro.*

La solicitud fué presentada al Juez Asociado Sr. Figueras en su despacho, que emitió la siguiente opinión:

Da. Emilia Giménez y Da. Felicia Garriga Brenes presentaron una solicitud para que se expidiera un auto de *mandamus* contra el Juez de la Corte de Distrito de Guayama, ordenándole que en la tramitación de una demanda presentada ante dicha corte, sobre ejecución de un crédito hipotecario, se atemperara á las disposiciones que para esta clase de procedimientos, establecen la Ley Hipotecaria y su reglamento.

*Considerando* que el auto de *mandamus* es un recurso altamente privilegiado, que no cabe ejercitar cuando cómo sucede en el presente caso, las partes interesadas pueden en otra forma gestionar lo que estimen conducente á su derecho.

*Vista* la Ley de la Asamblea Legislativa aprobada en 12 de marzo de 1903, el 2o. apartado del artículo 170 y el 176, ambos del reglamento para la aplicación de la Ley Hipotecaria, y el artículo 295 del Código de Enjuiciamiento Civil.

No há lugar á expedir el auto de *mandamus* solicitado.